CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 0 1 2009

JOHN F. CORCORAN, CLERK
BY: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| BROOKS J. TERRELL, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:09CV00069 |
| | ) |
| v. | ) |
| | ) **FINAL ORDER** |
| CAPTAIN WILSON, <u>ET</u> <u>AL</u>., | ) |
| | ) **By: Hon. James C. Turk** |
| Defendant(s). | ) **Senior United States District Judge** |
| | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil rights action, pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of</u>

<u>Narcotics</u>, 403 U.S. 388 (1971), is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C.

§ 1915A(b)(1), and is stricken from the active docket of the court.

ENTER: This _3/24_ day of March, 2009.

_____
Senior United States District Judge